| | |
|---|---|
| 1  DENNIS L. KENNEDY<br>Nevada Bar No. 1462<br>2  JOSEPH A. LIEBMAN<br>Nevada Bar No. 10125<br>3  **BAILEY❖KENNEDY**<br>8984 Spanish Ridge Avenue<br>4  Las Vegas, Nevada 89148-1302<br>Telephone: 702.562.8820<br>5  Facsimile: 702.562.8821<br>dkennedy@baileykennedy.com<br>6  jliebman@baileykennedy.com<br>7  *Attorneys for Defendant R.J.*<br>*Reynolds Tobacco Company* | |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CLEVELAND CLARK, individually, and YVONNE CLARK, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>PHILIP MORRIS USA, INC., a foreign corporation; R.J. REYNOLDS TOBACCO COMPANY, a foreign corporation, individually, and as successor-by-merger to LORILLARD TOBACCO COMPANY and as successor-in-interest to the United States tobacco business of to BROWN & WILLIAMSON TOBACCO CORPORATION, which is the successor-by-merger to THE AMERICAN TOBACCO COMPANY; LIGGETT GROUP, LLC., a foreign corporation; and JOHN SMOKE SHOP & GIFT SHOP, a for profit corporation,<br><br>Defendants. | Case No.: 2:19-cv-01495-JAD-BNW<br><br>**STIPULATION AND ORDER TO SET DEADLINE FOR DEFENDANTS R.J. REYNOLDS TOBACCO COMPANY, PHILIP MORRIS USA, INC., AND LIGGETT GROUP, LLC TO RESPOND TO PLAINTIFFS' AMENDED COMPLAINT**<br><br>**(First Request)** |

**STIPULATION AND ORDER TO SET DEADLINE FOR DEFENDANTS R.J. REYNOLDS TOBACCO COMPANY, PHILIP MORRIS USA, INC., AND LIGGETT GROUP, LLC TO RESPOND TO PLAINTIFFS' AMENDED COMPLAINT**

Plaintiffs Cleveland Clark and Yvonne Clark ("Plaintiffs"), and Defendants R.J. Reynolds Tobacco Company ("R.J. Reynolds"), Philip Morris USA, Inc. ("Philip Morris"), and Liggett Group, LLC ("Liggett"), by and through their respective counsel, stipulate and agree as follows:

1. On August 12, 2019, Plaintiffs filed a Complaint against R.J. Reynolds, Philip Morris, and Liggett in the Eighth Judicial District Court, Clark County, Nevada.

2. On August 14, 2019, Plaintiffs effectuated service of the Complaint on R.J. Reynolds, Philip Morris, and Liggett through their registered agents for service of process.

3. On August 19, 2019, Plaintiffs filed an Amended Complaint against R.J. Reynolds, Philip Morris, and Liggett in the Eighth Judicial District Court, Clark County, Nevada.

4. On August 22, 2019, Plaintiffs effectuated service of the Amended Complaint on R.J. Reynolds, Philip Morris, and Liggett through their registered agents for service of process.

5. On August 27, 2019, R.J. Reynolds, Philip Morris, and Liggett filed a Notice of Removal, removing this action to this Court.

6. Due to the filing of two pleadings, as well as removal to this Court, there is some uncertainty as to the appropriate response date for R.J. Reynolds, Philip Morris, and Liggett.

7. Thus, Plaintiffs, R.J. Reynolds, Philip Morris, and Liggett have agreed to set a deadline of September 16, 2019, for R.J. Reynolds, Philip Morris, and Liggett to respond to the Amended Complaint.

///
///
///
///
///
///
///

8. This is the first stipulation to extend the deadline to file a response to the Amended Complaint. This stipulation is made in good faith and not to delay the proceedings.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED this 30th day of August, 2019.

CLAGGETT & SYKES LAW FIRM

By: */s/ Matthew S. Granda*
    SEAN K. CLAGGETT
    WILLIAM T. SYKES
    MATTHEW S. GRANDA
    401 Meadows Lane, Ste. 100
    Las Vegas, NV 89107

*Attorneys for Plaintiffs*

DATED this 29th day of August, 2019.

BAILEY❖KENNEDY

By: */s/ Joseph Liebman*
    DENNIS L. KENNEDY
    JOSEPH A. LIEBMAN
    8984 Spanish Ridge Avenue
    Las Vegas, NV 89148

*Attorneys for the Defendant R.J. Reynolds Tobacco Company*

DATED this 29th day of August, 2019.

WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC

By: */s/ D. Lee Roberts, Jr.*
    D. LEE ROBERTS, JR.
    6385 S. Rainbow Boulevard, Suite 400
    Las Vegas, Nevada 89118

*Attorneys for Defendant Philip Morris USA, Inc.*

DATED this 29th day of August, 2019.

LEWIS ROCA ROTHGERBER CHRISTIE

By: */s/ J. Christopher Jorgensen*
    DANIEL F. POLSENBERG
    J. CHRISTOPHER JORGENSEN
    3993 Howard Hughes Parkway, #600
    Las Vegas, NV 89169

*Attorneys for Defendant Liggett Group, LLC*

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: September 3, 2019